FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 25 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy           DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE STUCKEY,<br><br>Petitioner,<br><br>v.<br><br>ACTING AND FUTURE WARDENS,<br><br>Respondents. | Case No. CV12-3837 DDP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for the reasons in the Court's concurrently filed Order.

DATE: May _24_, 2012

*/s/ Dean D. Pregerson*

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 25 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy           DEPUTY